UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE CHULA, on behalf of himself and all others similarly situated | CIVIL ACTION NO.: 16CV3370 |
| vs                                                   *Plaintiff* | |
| LPTE GOLD, LLC, d/b/a MYRTLE + GOLD, ET AL., | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Old Bridge, New Jersey

That on **6/28/2016** at **4:33 PM** at **343 Gold Street, Brooklyn, NY 11201**

deponent served a(n) **Summons in a Civil Action, Complaint with Exhibit A**

on **LPTE Gold, LLC, d/b/a Myrtle + Gold**, a domestic limited liability company,

by delivering thereat a true copy of each to **Nikole L. Rupple**  personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin :  White
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :100-130 Lbs.
Other : Glasses.

Sworn to before me this
29th day of June, 2016

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Andrew Cyle Botwinick
License No.2036194