UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JORGE CHULA, on behalf of himself and all others similarly situated          CIVIL ACTION NO.: 16CV3370

vs                                   **Plaintiff**

LPTE GOLD, LLC, d/b/a MYRTLE + GOLD, ET AL.,

                                     **Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in Old Bridge, New Jersey

That on **6/28/2016** at **4:33 PM** at **343 Gold Street, Brooklyn, NY 11201**

deponent served a(n) **Summons in a Civil Action, Complaint with Exhibit A**

on **Lloyd Sherman**

by delivering thereat a true copy of each to **Nikole L. Rupple [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **343 Gold Street, Brooklyn, NY 11201**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **06/29/2016**

**c/o LPTE Gold, LLC, d/b/a Myrtle + Gold**

Description of Person Served:
Gender: Female
Skin: White
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 100-130 Lbs.
Other: Glasses.

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
29th day of June, 2016

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Andrew Cyle Botwinick
License No. 2036194

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160