UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JORGE CHULA, on behalf of himself and all others similarly situated,

                              Plaintiff,

          -against-

LPTE GOLD, LLC, d/b/a MYRTLE + GOLD, LLOYD SHERMAN, ERIC HOROWITZ, PAUL NEWMAN and THEO MANIATIS,

                            Defendants.

Civ. No.: 16-cv-03370 (DLI)(CLP)

------------------------------------------------------------------x

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

      It hereby is STIPULATED AND AGREED, by and between Plaintiff and Defendants LPTE GOLD, LLC, Lloyd Sherman, Eric Horwitz, Theo Maniatis and Paul Cacici (incorrectly sued herein as "PAUL NEWMAN"), through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter is extended to and including August 31, 2016; and,

      It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that no previous requests for extension of the current putative deadline for Defendants to respond of July 19, 2016 have been made.

|  |  |
|---|---|
| JOSEPH & KIRSCHENBAUM LLP<br>*ATTORNEYS FOR PLAINTIFF*<br>32 Broadway, Suite 601<br>New York, New York 10004<br>Telephone: (212) 688-5640<br>maimon@jhllp.com | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 250<br>Melville, New York  11747<br>(631) 247-0404<br>ntripp@jacksonlewis.com |
| By:   _____s/_____<br>        D. MAIMON KIRSCHENBAUM, ESQ. | By:   _____s/_____<br>        NOEL P. TRIPP, ESQ. |
| Dated: _____ | Dated: _____ |

SO ORDERED

_____               _____
                U.S.D.J.                                                                                                    Dated

4851-1229-0613, v.  1